UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BOARD OF TRUSTEES OF THE SOUND RETIREMENT TRUST,<br><br>Plaintiff,<br><br>v.<br><br>WIITAMAKI JEWELRY STORE, INC.,<br><br>Defendant,<br><br>v.<br><br>TIMBERLAND BANK,<br><br>Garnishee-Defendant. | NO. MC20-0115RSL<br><br>ORDER DIRECTING ENTRY OF JUDGMENT ON GARNISHEE'S ANSWER |

**Summary**

| | |
|---|---|
| Judgment Creditor: | Board of Trustees of the Sound Retirement Trust |
| Judgment Debtor: | Wiitamaki Jewelry Store, Inc. |
| Garnishee-Defendant: | Timberland Bank |
| Garnishment Judgment Amount: | $203,390.56 |
| Costs and Attorney's Fees: | $137.00 |
| Attorneys for Judgment Creditor: | Barlow Coughran Morales & Josephson, P.S. |

THIS MATTER coming on for consideration upon plaintiff's motion for judgment on the Garnishee-Defendant's answer; it appearing that Garnishee-Defendant has filed its answer herein

ORDER DIRECTING ENTRY
OF JUDGMENT - 1

stating that it holds funds of the Judgment Debtor, Wiitamaki Jewelry Store, in the sum of $203,390.56; that Judgment Creditor has judgment unsatisfied against the Judgment Debtor in an amount in excess of $203,390.56; that Judgment Creditor incurred attorney's fees and costs in the amount of $137.00 as stated above; that more than twenty (20) days have elapsed since service of the Writ of Garnishment and Garnishee-Defendant's answer thereto: that signed affidavit or return of service of the Writ of Garnishment, Application for Writ of Garnishment including a copy of the judgment entered in this action, indicating service upon the Judgment Debtor either by personal service or by Certified mail, is on file herein now, therefore, it is hereby

ORDERED, ADJUDGED AND DECREED as follows:

1.   The Clerk of Court is directed to enter judgment in favor of the Judgment Creditor and against the Garnishee-Defendant in the sum of $203,390.56, such funds to be first applied in satisfaction of the costs and fees taxable herein;

2.   Upon payment by the Garnishee-Defendant of the aforementioned sum to the registry of this Court, the Garnishee-Defendant shall be automatically discharged from this action.

3.   Upon receipt of the aforementioned payment from the Garnishee-Defendant, the Clerk is authorized and directed to draw a check on the funds on deposit in the registry of this court in the principal amount of $203,390.56, plus all accrued interest, minus any statutory user fees, payable to Board of Trustees of the Sound Retirement Trust and mail or deliver the check to Barlow Coughran Morales & Josephson, P.S., ATTN: Douglas M. Lash, 1325 Fourth Ave., Suite 910, Seattle, WA 98101.

4. Upon receipt of said sum, Judgment Creditor's attorney shall cause an appropriate satisfaction of judgment to be filed in the underlying action as to the principal Defendant/Judgment Debtor.

Dated this 5th day of March, 2021.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER DIRECTING ENTRY
OF JUDGMENT - 3